IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION SPILMON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C-08-4873 MMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF** |

　　　Before the Court is plaintiffs' motion for administrative relief, filed December 2, 2008, by which plaintiffs request that the Court hear plaintiffs' motion to remand on shortened time. No opposition has been filed.

　　　Having read and considered the papers filed in support of the motion for administrative relief, the Court finds plaintiffs have shown good cause for the relief sought. Accordingly, the motion is hereby GRANTED.

　　　Any opposition to plaintiffs' motion to remand shall be filed no later than December 15, 2008. Any reply thereto shall be filed no later than December 17, 2008, at which time the matter will stand submitted and will be decided without a hearing, unless the Court hereafter determines a hearing is necessary.

　　　**IT IS SO ORDERED.**

Dated: December 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge